UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN ONTIVEORS,

    Plaintiff,

    v.

JOHN DOE,

    Defendant.

Case No. 15-cv-02719-WHO (PR)

**ORDER OF DISMISSAL**

    Plaintiff Martin Ontiveors has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. Accordingly, this federal civil rights action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Ontiveors may move to reopen the action. Any such motion **must** contain a complete IFP application **or** full payment for the $400.00 filing fee.

    The Clerk shall enter judgment in favor of defendant, and close the file.

    **IT IS SO ORDERED.**

**Dated:** August 3, 2015

                              WILLIAM H. ORRICK
                              United States District Judge