UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN ONTIVEORS,
    Plaintiff,

v.

JOHN DOE,
    Defendant.

Case No. 15-cv-02719-WHO (PR)

**ORDER REOPENING ACTION;**

**ORDER DIRECTING PLAINTIFF TO FILE A COMPLAINT**

This federal civil rights action was dismissed because plaintiff Martin Ontiveors failed to comply with the Court's order to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the full filing fee of $400.00. His failure to file a complaint was also a reason the action was dismissed. Ontiveors has since filed a complete IFP application. Accordingly, the action is REOPENED, and the Clerk is directed to amend the docket accordingly. The judgment (Docket No. 5) and the order of dismissal (Docket No. 4) are VACATED.

Ontiveors must still file a complaint. He has until October 1, 2015 to file one on this Court's form. Failure to file a complaint by that date will result in the dismissal of the action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

**Dated:** August 17, 2015

_____
WILLIAM H. ORRICK
United States District Judge